UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RALPH WILLIAM CAMPOS, | ) | 1:07-cv-01388 OWW-TAG (HC) |
|---|---|---|
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ) ) | (Doc. 14) |
| | ) ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| JAMES A. YATES, | ) | (Doc. 2) |
| Respondent. | ) ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 21, 2008, the Magistrate Judge assigned to the case issued Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for failure to comply with the one-year limitation period in 28 U.S.C. § 2244(d). (Doc. 14). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On June 3, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 15).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 21, 2008 (Doc. 14), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 2) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **July 7, 2008**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE