IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH WILLIAM CAMPOS, | ) | 1:07-cv-01388-OWW-BAK-SMS-HC |
|             Petitioner, | ) | |
| v. | ) | ORDER DENYING AS MOOT PETITIONER'S MOTION FOR EXTENSION OF TIME FOR REQUESTING ISSUANCE OF A CERTIFICATE OF APPEALABILITY (Doc. 21) |
| JAMES A. YATES, | ) | |
|             Respondent. | ) | |

     Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On May 21, 2008, the Magistrate Judge filed a Findings and Recommendations to dismiss the petition. (Doc. 15). On July 8, 2008, the Court entered an order adopting the Magistrate Judge's Findings and Recommendations and dismissing Petitioner's application for a writ of habeas corpus. (Doc. 17). Judgment was entered on July 8, 2008. (Doc. 18).

     On August 14, Petitioner filed a notice of appeal (Doc. 22), and, at the same time, also filed the instant motion for extension of time to file his request for issuance of a certificate of

1  appealability. (Doc. 21).  On August 20, 2008, the Court declined to issue a certificate of
2  appealability, thus making moot Petitioner's request for an extension of time to request issuance
3  of a certificate of appealability. (Doc. 24).
4      For the foregoing reasons, the Court HEREBY ORDERS that Petitioner's motion for an
5  extension of time to request issuance of a certificate of appealability (Doc. 21), is DENIED as
6  MOOT.

8  IT IS SO ORDERED.
9  **Dated:   September 10, 2009**                 **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

2